# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150906(75)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL ANDREW RADANDT,
      Defendant-Appellant.
_____/

SC: 150906
COA: 314337
St. Joseph CC: 12-017690-FH

      On order of the Court, the motion of plaintiff-appellee to adjourn the oral arguments in this case, which are scheduled in January 2016, is GRANTED. The case is ADJOURNED from the January 2016 session of the Court. We direct the Clerk to reschedule oral arguments in the case at the Court's March 2016 session.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2015



Clerk